

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **RICKEY LEE SCHEUERMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **5:05-cv-00843-CLS** |
| **CITY OF HUNTSVILLE, ALABAMA,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>RESPONSE TO SHOW CAUSE ORDER (DOC. #83)</u>

Comes now Terry A. Sides, one of the attorneys for defendant City of Huntsville, Alabama, and responds as follows to this Court's show cause order (Doc. #83) dated September 25, 2008:

The Rule 68 offer of judgment was mistakenly filed with the court. It was not filed with the court for any improper purpose, but is simply the result of an innocent oversight. The undersigned accepts responsibility for the mistake.


/s Terry A. Sides
Terry A. Sides  (ASB: 7513-e47t)
tsides@burgesshale.com
Attorney for Defendant,
City of Huntsville, Alabama

OF COUNSEL:
**BURGESS & HALE, L.L.C.**
300 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205) 715-4466

## CERTIFICATE OF SERVICE

I hereby certify that on **September 25, 2008**, I have served a copy of the above and foregoing on counsel for all parties by:

_____        Facsimile transmission;

_____        Hand delivery;

_____        Placing a copy of same in the United States Mail, properly
                  addressed and first class postage prepaid to;

___X___           Using the CM/ECF system which will send notification of such to the
                  following:

Donald R. James, Jr., Esq.                George P. Ford, Esq.
Joseph D. Jackson, Esq.                   H. Edgar Howard, Esq.
**BAXLEY, DILLARD, DAUPHIN**              **FORD, HOWARD & CORNETT, P.C.**
    **& MCKNIGHT**                        140 S. 9th St.
2008 Third Avenue, South                  P.O. Box 388
Birmingham, Alabama  35205                Gadsden, Alabama 35902


                                             s/ Terry A. Sides
                                          OF COUNSEL